

48,110

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MITSUI & CO. (U.S.A.), INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0194 |
| M/V AURORA OPAL, SHINWA KAIUN | * | SECTION "I" |
| KAISHA, LTD., AURORA SHIPPING, INC., | | Henry A. Mentz, Jr. |
| KRITSAS SHIPPING (PANAMA), S.A., AND | * | |
| PHILVENTURE CHARTERING, S.A. | | DIVISION 4 |
| * * * * * * * * | | Karen Wells Roby |

### MOTION AND ORDER TO SUBSTITUTE COUNSEL

**NOW INTO COURT**, comes Transocean Terminal Operators, Inc., and on suggesting to the Court that it desires to substitute C. Gordon Starling, Jr. and G. Beauregard Gelpi of Gelpi Sullivan Carroll, instead of James O. M. Womack and Roberta Desio of James O. M. Womack, L.L.C., as its counsel of record.

**IT IS ORDERED** that C. Gordon Starling, Jr. and G. Beauregard Gelpi of Gelpi Sullivan Carroll be and hereby is substituted as counsel of record for Transocean Terminal Operators, Inc. in place of James O. M. Womack and Roberta Desio of James O. M. Womack, L.L.C.

DATE OF ENTRY
JUN 1 9 2000

**IT IS FURTHER ORDERED** that the Clerk of this District be and hereby is instructed and directed to strike the names of James O. M. Womack and Roberta Desio of James O. M. Womack, L.L.C. from the docket sheet as attorney in this case and to substitute thereon the names of C. Gordon Starling, Jr. and G. Beauregard Gelpi of Gelpi Sullivan Carroll.

New Orleans, Louisiana, this 14 day of June, 2000.

_____
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED:

_____
C. GORDON STARLING, JR., T.A. (#12408)
G. BEAUREGARD GELPI (#18226)
**GELPI SULLIVAN CARROLL**
400 Poydras Street, Suite 2525
New Orleans, LA 70130
Telephone: 504-524-9714
Attorneys for Transocean Terminal Operators, Inc.

_____
JAMES O. M. WOMACK (13644)
ROBERTA DESIO (25648)
**JAMES O. M. WOMACK L.L.C.**
650 Poydras St., Ste. 2323
New Orleans, LA 70130
Telephone: (504) 598-2323

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this 14 day of June, 2000, a copy of the above and foregoing pleading by mailing same in the U.S. mail, properly addressed and first class postage pre-paid.

_____

60780