```
                                    U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LOUISIANA

                                    FILED    JUL 2 0 2000

                                    LORETTA G. WHYTE
                                         CLERK
```

MINUTE ENTRY
MENTZ, J.
JULY 19, 2000

MITSUI & CO, INC.                                   CIVIL ACTION

VERSUS                                              NO: 00-194

AURORA OPAL MV, ET AL                               SECTION  "I"

### CALL DOCKET NOTICE

A review of the record reveals that an answer has not been filed by and/or a default has not been both entered and confirmed against each defendant in this action. Accordingly, pursuant to Local Rule 11.01E and F.R.Civ.P 4(j), 16(b), and 41(b), the Court ORDERS the plaintiff(s) to show cause before Judge Mentz in open court on **Wednesday, AUGUST 16, 2000** at 10:00 AM, Courtroom **C102, 500 Camp Street, New Orleans, La. 70130** why the Court should not dismiss for failure to prosecute any and all claims against the defendant(s) for whom no answer has been filed and no default has been both entered and confirmed.

All inquiries regarding this order
should be directed to Cecil J. Murphy Jr. at 589-7695

                                    HENRY A. MENTZ, JR.
                                    UNITED STATES DISTRICT COURT

                                    ISSUED FOR THE COURT

                                    _____
                                    CECIL J. MURPHY JR.
                                    COURTROOM DEPUTY

```
___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc.No.
```