MINUTE ENTRY
MENTZ, J.
SEPTEMBER 19, 2000

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   SEP 19 2000

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITSUI & CO., (U.S.A.), INC. | CIVIL ACTION |
| VERSUS | NO: 00-0194 |
| AURORA OPAL MV, ET AL | SECTION "I" |

Due to the unavailability of the Court, the preliminary conference scheduled for Tuesday, September 19, 2000 has been rescheduled for **Tuesday, October 17, 2000 at 2:00PM**. The telephone conference will be initiated by Cecil J. Murphy Jr., Courtroom Deputy (#589-7695).

         HENRY A. MENTZ JR.
         UNITED STATES DISTRICT JUDGE

         ISSUED FOR THE COURT BY:

         _____
         CECIL J. MURPHY JR.
         COURTROOM DEPUTY

DATE OF ENTRY
SEP 19 2000

Fee_____
Process_____
X  Dktd_____
___CtRmDep_____
Doc.No._____9