```
                                              FILED
                                         U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF LA

                                         2001 JAN -5  AM 10: 43

                                            LORETTA G. WHYTE
                                                 CLERK
```

MINUTE ENTRY
JUDGE BARBIER
JANUARY 2, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITSUI & C O., USA | CIVIL ACTION |
| VERSUS | NUMBER: 00-0194 |
| M/V AURORA OPAL, ET AL | SECTION: I (J) |

The non-jury trial set in this matter on June 25, 2001 at 10 a.m. before Judge Henry Mentz Jr. is hereby RESET to be held before Judge Carl J. Barbier on the same date at <u>8 a.m.</u> in Courtroom C-316.

Counsel are ORDERED to contact the Magistrate Judge assigned to this case to set a settlement conference to be held one month prior to the final pre-trial conference.

```
DATE OF ENTRY
JAN - 5 2001
```

___Fee_____
___Process____
X /Dktd_____
 V /CtRmDep____
___Doc.No._____