```
                                           FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                    2001 JAN 16  AM 10: 58

                                      LORETTA G. WHYTE
                                            CLERK
```

**MINUTE ENTRY**
**BARBIER, J.**
**JANUARY 12, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITSUI & CO. USA | CIVIL ACTION |
| VERSUS | NO: 00-194 |
| M/V AURORA OPAL, ET AL | SECTION: "I"(4) |

**IT IS ORDERED** that counsel for the parties to this action contact the assigned Magistrate Judge to schedule a **settlement conference** to take place prior to the scheduled pre-trial conference.

* * * * * * * * *

DATE OF ENTRY
JAN 16 2001

Fee ____
Process ____
X Dktd ____
CtRmDep ____
Doc.No. 13