UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 APR -4 AM 10: 45
LORETTA G. WHYTE
CLERK

## NOTICE

CA 00-194 J

Pursuant to an order of the court, the Section I cases on the attached list which were previously temporarily reallotted to the judges of this court are hereby made permanent.

LORETTE G. WHYTE, CLERK

April 4, 2001

___Fee_____
___Process___
X _Dktd_ ____
___CtRmDep__
Doc.No._15_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

N O T I C E

THE FOLLOWING SECTION I CASES ARE PERMANENTLY
REALLOTTED EFFECTIVE APRIL 2, 2001

| CIVIL CASE NO. | TITLE | PERMANENTLY REALLOTTED TO: |
|---|---|---|
| 96-1258 | Tidewater Marine v Sanco Intl | N |
| 98-0679 | Comardelle v Hernandez | N |
| 98-1893 | Nelson v Stalder | S |
| 99-0181 | Williams v Daybrook Fisheries | F |
| 99-0768 | Sanders v Foti | T |
| 99-1685 | Hunt v R & B Falcon Drlg | N |
| 99-3685 | Hanna v USA | F |
| 00-0194 | Mitsui & Co USA v Aurora Opal MV | J |
| 00-0491 | Sumitomo Mar v Barge ACBL 1345 | L |
| 00-0712 | Bennett v USA | T |
| 00-0751 | Willis, et al v FEMA | C |
| 00-1028 | Walker, et al v Ponchatoula City | L |
| 00-1033 | Kaufman, et al v St Farm Ins Co | K |
| 00-1082 | Scheuermann v Amer Express Co | N |
| 00-2045 | Gauthreaux v USAA Casualty Ins | R |
| 00-2131 | Apache Corp v Galiano Tugs Inc | C |
| 00-2152 | Holloway v Fireman's Fund Ins | F |
| 00-2211 | Rowe v Metro Life Ins Co | J |
| 00-2426 | TXI Operations L P v Klein | S |
| 00-2584 | Jones v Daybrook Fisheries | T |
| 00-2730 | Fields v Stalder | T |