

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITSUI & CO. (U.S.A.), INC. | CIVIL ACTION |
| versus | NO.: 00-0194 |
| M/V AURORA OPAL, SHINWA KAIUN KAISHA, LTD., AURORA SHIPPING, INC., KRITSAS SHIPPING (PANAMA), S.A., AND PHILVENTURE CHARTERING, S.A. | SECTION "A" (4)<br>JUDGE MENTZ<br>MAG. ROBY |

## EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes defendant Shinwa Kaiun Kaisha, Ltd., who submits the following list of exhibits which may be called at the trial of this matter:

1. Any loading survey reports.

2. Mate's Receipts for Bs/L SKKL-KINO-0400-8587 and 0460/0520-8587, Kimitsu/New Orleans.

3. Loadport Tally Sheets.

4. Loadport Exception List.

5. Any and all other documents prepared at the loadport which note the condition of the cargo at loading.



6.  All Stowage Plans.

7.  Transocean Terminal Operators, Inc.'s Barge Outturn and Daily Working Reports.

8.  Transocean Terminal Operators, Inc.'s Tally Sheets.

9.  Transocean Terminal Operators, Inc.'s Cargo Delivery Receipts (altered and unaltered).

10. Any other outturn documents prepared by Transocean Terminal Operators, Inc.

11. Any outturn survey reports.

12. Westocean Marine (U.S.A.), Inc.'s expert report no. 21172369 dated 9 April 2001.

13. McLarens Toplis' survey report no. NOR/98031436/MSCD/CL dated 8 March 1999.

14. All other Cargo Survey Report(s) and attached photographs.

15. Any and all other documents which note the condition of the cargo at New Orleans and/or at any other ports/locations.

16. Subrogation Receipt.

17. Bs/L SKKL-KINO-0400-8587 and 0460/0520-8587, Kimitsu/New Orleans.

18. Packing Lists.

19. Foreign and Domestic Commercial Invoices.

20. All documents prepared by Namasco Corporation.

21. Namasco Corporation's correspondence, notes, reports and photographs concerning the subject cargo.

22. All truck Bills of Lading.

23. Claim Statement.

24. All correspondence regarding the subject cargo.

25. Cargo insurance policies.

26. Any and all documents prepared by Mitsui Marine Claims Service for the cargo which is the subject of this civil action.

27. Mill Sheets.

28. All surveyors' invoices.

29. All canceled checks in respect of the claimed for cargo.

30. All salvage documents.

31. All documents requested from Mitsui & Co. (U.S.A.), Inc. via discovery, which is ongoing.

32. All documents requested from Mitsui & Co. (U.S.A.), Inc. in any future depositions.

33. Any and all correspondence/documents prepared by Mitsui & Co., Ltd. and/or Mitsui & Co. (U.S.A.), Inc. and/or Nippon Steel Corp. and/or Namasco Corporation and/or any other companies which discuss the plates' packaging, processing, shipping, claims, problems, etc.

34. Any and all correspondence between/among Mitsui & Co., Ltd. and/or Mitsui & Co. (U.S.A.), Inc. and/or Nippon Steel Corp. and/or Namasco Corporation concerning this claim and ship plate.

35. All correspondence to and from Namasco Corporation concerning this claim.

36. List of salvaged plates

37. All Notices of Claim.

38.  Any and all exhibits listed, introduced or called by any other party to this matter.

Defendant reserves the right to supplement and amend this Exhibit List as may be necessary.

                                                  Respectfully submitted,

                                                  MURPHY, ROGERS & SLOSS

                                                  _____
                                                  Charles L. Whited, Jr. (#15095)
                                                  John H. Musser, V, (#22545)
                                                  Suite 400, One Shell Square
                                                  701 Poydras Street
                                                  New Orleans, Louisiana  70139
                                                  Telephone: (504) 523-0400
                                                  Attorneys for defendant Shinwa Kaiun Kaisha, Ltd.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this _____ day of April, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

                                                  _____