```
                              FILED
                        U.S. DISTRICT COURT
                       EASTERN DISTRICT OF LA

                        2001 APR -9  PM 4: 46

                         LORETTA G. WHYTE
                              CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITSUI & CO. (U.S.A.), INC. | CIVIL ACTION |
| versus | NO.: 00-0194 |
| M/V AURORA OPAL, SHINWA KAIUN KAISHA, LTD., AURORA SHIPPING, INC., KRITSAS SHIPPING (PANAMA), S.A., AND PHILVENTURE CHARTERING, S.A. | SECTION "X" (4)  JUDGE MENTZ  MAG. ROBY |

### WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, comes defendant Shinwa Kaiun Kaisha, Ltd., who submits the following list of witnesses who may be called to testify at the trial of this matter:

1. The Master and Crew of the M/V "AURORA OPAL".

2. Representatives of Shinwa Kaiun Kaisha, Ltd.

3. A representative of Fritz Maritime Agencies;

4. A representative of Transocean Terminal Operators, Inc.

5. D. G. Westgate and/or other surveyors/representatives of Westocean Marine (U.S.A.), Inc.;

6. C. Christopher Lunda and/or other surveyors/representatives of McLarens



        Toplis North America, Inc.

7. A representative of Namasco Corporation.

8. J. Masura and/or other representatives of Mitsui & Co., Ltd.

9. A representative of Nippon Steel Corporation.

10. Sadao Ogiwara and/or other representatives of Mitsui & Co. (U.S.A.), Inc.

11. Steve Shevlin and/or other representatives of Allied Steel Industries.

12. Richard Bragg, Jordan Rossman, Jeff Spector, Marilyn Robles, Richard Perez, Blanca Ramos and/or other representatives of Mitsui Marine Claims Service Corp.

13. A representative of any companies which performed preload surveys in Japan.

14. A representative of any companies which performed outturn surveys at New Orleans and/or anywhere else in the U.S.

15. A representative of Avondale Industries.

16. A representative of The Japan Cargo Tally Corporation;

17. A representative of Gulf States Cartage and/or any other companies which carried the cargo after its discharge at New Orleans.

18. A representative of the stevedores at Kimitsu, Japan.

19. A representative of the successful salvage purchasers.

20. Any and all witnesses listed, introduced or called by any other party to this matter.

Defendant reserves the right to supplement and amend this Witness List as may be necessary.

Respectfully submitted,

MURPHY, ROGERS & SLOSS

_____
Charles L. Whited, Jr. (#15095)
John H. Musser, V, (#22545)
Suite 400, One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 523-0400
Attorneys for defendant Shinwa Kaiun Kaisha, Ltd.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this 9th day of April, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

_____