FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 10 PM 4:20

LORETTA G. WHYTE
CLERK

48,110

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MITSUI & CO (U S A ), INC | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0194 |
| M/V AURORA OPAL, SHINWA KAIUN | * | SECTION "J" |
| KAISHA, LTD , AURORA SHIPPING, INC , | | Carl J Barbier |
| KRITSAS SHIPPING (PANAMA), S.A., AND | * | |
| PHILVENTURE CHARTERING, S A | | DIVISION 4 |
| * * * * * * * * | * | Karen Wells Roby |

### EXHIBIT AND MAY CALL WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, comes Transocean Terminal Operators, Inc and lists the following exhibits and may call witnesses

### EXHIBITS

1  TTO cargo receipts,

2  TTO ship file,

### MAY CALL WITNESS LIST

1  Jeff Miller,

2  Mike Gleason,

-2-

3   Mike Veras,

4   Scott McKenzie,

                              RESPECTFULLY SUBMITTED.

                              _____
                              C. GORDON STARLING, JR., T.A. (#12408)
                              G. BEAUREGARD GELPI (#18226)
                              **GELPI SULLIVAN CARROLL**
                              400 Poydras Street, Suite 2525
                              New Orleans, LA 70130
                              Telephone 504-524-9714
                              Attorneys for Transocean Terminal Operators, Inc

                              **CERTIFICATE OF SERVICE**

    I hereby certify that I have served on this ___10___ day of April, 2001, a copy of the above and foregoing pleading by mailing same in the U S. mail, properly addressed and first class postage pre-paid

                              _____