```
        FILED
    U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

    2001 APR 11  PM 4:30

    LORETTA G. WHYTE
          CLERK
```

8360-RSP

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITSUI & CO. (U.S.A.), INC.<br><br>VS.<br><br>M/V AURORA OPAL, SHINWA KAIUN KAISHA, LTD., AURORA SHIPPING, INC., KRITSAS SHIPPING (PANAMA), S.A., AND PHILVENTURE CHARTERING, S.A. | CIVIL ACTION NO. 00-0194<br><br>JUDGE CARL J. BARBIER<br>SECTION: "J"<br><br>MAGISTRATE KAREN WELLS ROBY (4) |

### PLAINTIFF'S WITNESS AND EXHIBIT LIST

COMES NOW, plaintiff, Mitsui & Co. (U.S.A.), Inc., pursuant to the Court's notice, files its Witness List of who may be called at trial and Exhibit List of documents which may be offered into evidence at the trial of this matter.

### WITNESS LIST

1. C. Christopher Lunda, surveyor, McLarens Toplis North America, Inc.;

2. Representative of Namasco;

3. Representative of Transocean Terminal Operators, Inc.;

4. Any witness listed by any other party.

```
___Fee_____
___Process___
_X_Dktd_____
___CtRmDep___
   Doc.No.__19__
```

## EXHIBITS

1. Ocean bills of lading;

2. Commercial invoices;

3. Packing lists;

4. Survey report and photographs of McLarens Toplis North America, Inc.;

5. Various correspondence concerning claim and salvage sale;

6. O,S&D Report and other discharge records of Transocean Terminal Operators, Inc.;

7. Any exhibit attached to any deposition taken or produced as a result of discovery;

8. Any exhibit listed by any other party.

Respectfully submitted,

*/s/ René S. Paysse, Jr.*
RENE' S. PAYSSE, SR. (Bar #10367)
COURTENAY, FORSTALL, HUNTER & FONTANA
Texaco Center • Suite 1540
400 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 566-1801
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that the foregoing has been mailed to all counsel by placing a copy in the United States mail, postage prepaid and properly addressed, this 11th day of April, 2001.

*/s/ René S. Paysse, Jr.*
RENE' S. PAYSSE

-2-