FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 16  PM 12: 27

LORETTA G. WHYTE
CLERK

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF LOUISIANA*

| | |
|---|---|
| MITSUI & CO. (U.S.A.), INC. | CIVIL ACTION |
| VERSUS | NO. 00-0194 |
| M/V AURORA OPAL, SHINWA KAIUN KAISHA, LTD., AURORA SHIPPING, INC., KRITSAS SHIPPING (PANAMA), S.A., AND PHILVENTURE CHARTERING, S.A. | SECTION "~~N~~ (4) ~~J~~ |
| | ~~JUDGE: HENRY A. MENTZ, JR.~~ |
| | MAGISTRATE: KAREN WELLS ROBY |

## MOTION TO DISMISS

NOW COMES Mitsui & Co. (U.S.A.), Inc. and moves this Honorable Court to dismiss its

claims against Aurora Shipping, Inc., Kritsas Shipping SA and Philventure Chartering S.A., without

prejudice, reserving all rights as to any other person or corporation, named or unnamed in this suit,

each party to bear its own costs.

New Orleans, Louisiana, this _14th_ day of _April_ , 2001.

Respectfully submitted:

COURTNEY, FORSTALL, HUNTER &
    FONTANA, L.L.P.


RENÉ S. PAYSSE, SR. (#10367)
730 Camp Street
New Orleans, LA 70130-3702
Telephone: 504/566-1801
FAX: 504/565-5626
Attorneys for Plaintiff

DATE OF ENTRY

APR 1 8 2001

TERRIBERRY, CARROLL & YANCEY, L.L.P.

_Janet W Marshall_

JANET WESSLER MARSHALL (#8953)
3100 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: 504/523-6451
Fax: 504/524-3257
Attorneys for Aurora Shipping, Inc., Kritsas Shipping
SA and Philventure Chartering S.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served upon all

counsel of record by hand, by fax and/or by depositing same in the U.S. mail, properly addressed,

postage prepaid, this ___16th___ day of April, 2001.

_Janet W Marshall_

JANET WESSLER MARSHALL (#8953)

-2-

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITSUI & CO. (U.S.A.), INC. | CIVIL ACTION |
| VERSUS | NO. 00-0194 |
| M/V AURORA OPAL, SHINWA KAIUN KAISHA, LTD., AURORA SHIPPING, INC., KRITSAS SHIPPING (PANAMA), S.A., AND PHILVENTURE CHARTERING, S.A. | SECTION "Y" (4) JUDGE: HENRY A. MENTZ, JR. MAGISTRATE: KAREN WELLS ROBY |

## O R D E R

Considering the foregoing motion;

IT IS ORDERED that the claims of plaintiff, Mitsui & Co. (U.S.A.), Inc. against Aurora

Shipping, Inc., Kritsas Shipping SA and Philventure Chartering S.A., are hereby DISMISSED,

without prejudice, reserving all rights as to any other person or corporation, named or unnamed in

this suit, each party to bear its own costs.

New Orleans, Louisiana, this 18th day of April, 2001.

_____
UNITED STATES DISTRICT JUDGE

-3-