```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2001 MAY 11  AM 11:48

                                LORETTA G. WHYTE
                                     CLERK
```

**MINUTE ENTRY**
**ROBY, M.J.**
**May 10, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MITSUI & CO. U.S.A., INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0194** |
| **AURORA OPAL MV, ET AL** | **SECTION: "J" (4)** |

A Settlement Conference was held on this date. Participating were: Rene S. Paysse representing the plaintiffs and John Musser and Cecil Gordon Starling, Jr. representing the defendants. The parties were unable to reach a settlement. However, negotiations are ongoing by telephone.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAY 1 1 2001

```
___ Fee____
___ Process___
_/_ Xktd____
_/_ CtRmDep___
    Doc.No._____
```