```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                    2001 MAY 14  AM 10:27

                                       LORETTA G. WHYTE
                                             CLERK
```

MINUTE ENTRY
BARBIER, J.
MAY 10, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITSUI & CO., USA | CIVIL ACTION |
| VERSUS | NO: 00-194 |
| M/V AURORA OPAL | SECTION: "J"(4) |

Due to a conflict in the Court's schedule;

**IT IS ORDERED** that the **pre-trial conference** in this matter, currently set for June 7, 2001 at 11:00 a.m., is **CONTINUED** and **RE-SET** for **June 14, 2001 at 10:15 a.m.**

* * * * * * * * * *

DATE OF ENTRY
MAY 1 4 2001