

MINUTE ENTRY
ROBY, M.J.
May 18, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MITSUI & CO., U.S.A., INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0194** |
| **AURORA OPAL MV, ET AL** | **SECTION: "J" (4)** |

Settlement Conferences by telephone were held and continued until this date. Participating were: Rene S. Paysse representing the plaintiffs and John Musser and Cecil Gordon Starling, Jr. representing the defendants. Negotiations were successful and a settlement was reached.

The District Judge's staff has been notified to enter a 60-day Order of Dismissal

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**Judge Carl J. Barbier**

DATE OF ENTRY
MAY 2 1 2001

Fee____
Process____
X Dktd____
✓ CtRmDep____
Doc.No.____