

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 23 AM 9: 36

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITSUI & CO., USA, INC. | CIVIL ACTION |
| VERSUS | NO: 00-194 |
| AURORA OPAL MV, ET AL | SECTION: "J" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 22nd day of May, 2001

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY: MAY 23 2001

___ Fee_____
___ Process___
X  Dktd_____
X  CtRm Dep__
___ Document No.__