

```
                              FILED
                       U.S. DISTRICT COURT
                     EASTERN DISTRICT OF LA

                       2001 JUN 15 PM 3:58

                         LORETTA G. WHYTE
                              CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MITSUI & CO. (U.S.A.), INC.** | **CIVIL ACTION** |
| versus | **NO.: 00-0194** |
| **M/V AURORA OPAL, SHINWA KAIUN KAISHA, LTD., AURORA SHIPPING, INC., KRITSAS SHIPPING (PANAMA), S.A., AND PHILVENTURE CHARTERING, S.A.** | **SECTION "J" (4)**<br><br>**JUDGE BARBIER**<br>**MAG. ROBY** |

## JOINT MOTION AND ORDER OF DISMISSAL

On motion of Plaintiff, Mitsui & Co. (U.S.A.), Inc., Defendant and Third-Party Plaintiff, Shinwa Kaiun Kaisha, Ltd., and Third-Party Defendant, Transocean Terminal Operators, Inc., through their undersigned counsel, and upon suggesting to this Honorable Court that all claims and demands presented herein have been amicably settled and compromised and that, accordingly, movers desire a dismissal of the entire action, with prejudice, each party to bear its own costs.

**IT IS HEREBY ORDERED** that the above styled and numbered cause, including all claims made herein, should be and is hereby dismissed, with prejudice, each party to bear its own costs.

```
DATE OF ENTRY
  JUN 1 9 2001
```

New Orleans, Louisiana, this ____18th____ day of ____June____, 2001.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**COURTENAY, FORSTALL, HUNTER & FONTANA**

_____
René S. Paysse (#10367)
Texaco Center - Suite 1540
400 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 566-1801
Attorneys for Plaintiff,
**MITSUI & CO. (U.S.A.), INC.**

**MURPHY, ROGERS & SLOSS**

_____
Charles L. Whited, Jr. (#15095)
Suite 400 - One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 523-0400
Attorneys for Defendant and Third-Party
Plaintiff, **TOKO KAIUN KAISHA, LTD.**

**GELPI SULLIVAN CARROLL**

_____
C. Gordon Starling, Jr., T.A. (#12408)
400 Poydras Street - Suite 2525
New Orleans, Louisiana 70130
Telephone: (504) 524-9714
Attorneys for Third-Party Defendant,
**TRANSOCEAN TERMINAL OPERATORS, INC.**